■ SEYMOUR KAPLAN et al., as Stockholders of Hudson River Warehouse & Trucking Corp., et al., Respondents, v. MURRAY B. RAYBURN et al., Defendants, and RALPH MILLER, Appellant.— Two orders of the Supreme Court, Nassau County, both dated June 17, 1971, affirmed, with one bill of $10 costs and disbursements (*Katz* v. *Posner,* 23 A D 2d 774, 775). The examinations shall proceed at the place directed in the order which denied appellant's motion for a protective order, at a time to be specified in a written notice of not less than 10 days to be given by plaintiffs, or at such other time and place as may be agreed by the parties. Rabin, P. J., Munder, Martuscello and Gulotta, JJ., concur; Benjamin, J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOPEZ SANCHEZ, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered November 7, 1969, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed. No opinion. Martuscello, Acting P. J., Shapiro, Brennan and Benjamin, JJ., concur; Gulotta, J., dissents and votes to reverse the judgment and grant a new trial, with the following memorandum: The errors committed by the District Attorney upon the opening, together with other cumulative errors, particularly the introduction of evidence of a stolen 1965 GTO automobile which was unrelated to the present charge, deprived defendant of a fair trial. The jury's request to have the stolen car testimony reread emphasizes its influence upon their minds. Their deliberations took some seven hours.